FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 03-45271 |
| CLINTON AND WENDY WILSON, | § | (Chapter 7) |
| | § | |
| DEBTORS | § | |

### NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

**TO THE HONORABLE BRENDA T. RHOADES:**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit

Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1.     That he is the duly qualified and acting trustee in this case.

2.     The trustee filed a Final Report that was approved by this Court on April 23, 2009.

Distributions were made on May 4, 2009.

3.     On August 18, 2009, Notice of Redistribution of Funds was filed due to Fifth Third Bank's

distribution check being returned to the Trustee because the claim had been paid in full.

4.     The following checks from the redistribution of funds were not negotiated within the 90

period allowed:

A.     Check No. 3018, Neuwirth Chiropractic Center, 1909 W. Parker, Suite 221, Plano,

TX  75023, in the amount of  $10.39.  These unclaimed funds should be paid into the

unclaimed registry of this court.

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT - Page 1**

B.      Check No. 3021, Posey Park, P.O. Box 151644, Alexandria, VA 22315, in the

amount of $3.25. These unclaimed funds should be paid into the unclaimed registry

of this court.

C.      Check No. 3032, Kangaroo & Joey, 2123 S. Priest #220, Tempe, AZ 85282, in the

amount of $7.65. These unclaimed funds should be paid into the unclaimed registry

of this court

D.      Check No. 3030, S&A International (EK Success),541 Main St., Jasper, GA 30143,

in the amount of $46.58. These unclaimed funds should be paid into the unclaimed

registry of this court

5.      Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C. and FRBP 3011, a

check has been tendered to the Clerk of the U.S. Bankrupcty Court in the amount of $67.87.

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY,
    & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

*/s/ Christopher J. Moser, Trustee*
State Bar No. 14572500

**CERTIFICATE OF SERVICE**

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE
UNITED STATES BANKRUPTCY COURT - Page 2**

I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. Mail, postage prepaid on this 14th day of December, 2009, to U.S. Trustee, Bank of America Building, 110 North College Avenue, Room 300, Tyler, Texas 75702.

*/s/ Christopher J. Moser, Trustee*

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT - Page 3**

LR:T:\tcmswin\docman\WILSON, CLINTON DAVID [03-45271]\Notice Unclaimed Funds2.wpd